FILED12 AUG '26 10:14USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

_Portland-OR_    DIVISION

Randy Reginald Radford,

_(Enter full name of plaintiff)_ Swis ID, 104607

Plaintiff,

v.

Sean L. McGuire

~~Sean McGuire~~, attorney, Bar No.

213502, Michael A. Greenlick, Circuit Court
Judge-Multnomah County, Multnomah County (Oregon),

_(Enter full name of ALL defendant(s))_

individually and in their official capacities, McGuire Defense,

Defendant(s).

Civil Case No. 3:26-cv-01679-AB
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL
RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☒Yes    ☐No

## I. PARTIES

_List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary._

**Plaintiff**    Name: Randy Reginald Radford

Street Address: 11540 Ne Inverness Dr.

City, State & Zip Code: Portland, Or 97220

Telephone No.: 503 988-5060

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

**Defendant No. 1**    Name: _Sean McGuire (McGuire Defense)_

Street Address: _1717 Ne 42nd Ave  Ste.2102_

City, State & Zip Code: _Portland, Or 97213_

Telephone No.: _832 303 3842_


**Defendant No. 2**    Name: _Michael A. Greenlick - Judge Circuit Court, Multnomah County_

Street Address: _1200 Sw 1st_

City, State & Zip Code: _Portland, Or 97204_

Telephone No.: _5039983214   971 274 0150_


**Defendant No. 3**    Name: _Multnomah County (Oregon)_

Street Address: _501 Se Hawthorne Blvd  #500_

City, State & Zip Code: _Portland Or 97214_

Telephone No.: _503 988 3138_


**Defendant No. 4**    Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.:   _____


## II.  BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)


Complaint for Violation of Civil Rights (Prisoner Complaint)          2
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

_U.S. Constitution Amendments 14, 8, 6 ; assistance of counsel, equitable treatment, due process of law_

### III.  STATEMENT OF CLAIMS

#### Claim I

State here as briefly as possible the _facts_ of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

_See Attachments I - III_

#### Claim II

State here as briefly as possible the _facts_ of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.

_See Attachments I - III_

Complaint for Violation of Civil Rights (Prisoner Complaint)                    3
[Rev. 01/2018]

_____

_____

_____

_____

_____

_____

_____

_____

## Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_See Attachments I-III_ _____

_____

_____

_____

_____

_____

_____

_____

_____

***(If you have additional claims, describe them on another piece of paper, using the same outline.)***

Complaint for Violation of Civil Rights (Prisoner Complaint)                4
[Rev. 01/2018]

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

 ☒ Yes          ☐ No

## V.  RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

_See Attachment III_

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _26_ day of _July_____, 20_26_.

_____
*(Signature of Plaintiff)*

Complaint for Violation of Civil Rights (Prisoner Complaint)          5
[Rev. 01/2018]

Attachment I - ~~Cla~~ Claim I

1A. Plaintiff Randy Reginald Radford is the same as Plaintiff Randy Radford, swisID 104607

1. Plaintiff Randy Radford has been, and still is, in the custody of the Multnomah County Sheriff's Office since 05/08/2026, and is currently housed at Inverness Jail, 11540 Ne Inverness Dr, Portland, Or 97220, henceforth Plaintiff Radford. Plaintiff Radford is awaiting trial on criminal charges.

2. Multnomah County, the County of Multnomah, both are the same, is a county located within the State of Oregon. Multnomah County is a Defendant.

3. Defendant Michael A. Greenlick is a Circuit Court Judge in the Circuit Court of the State of Oregon, for the County of Multnomah.

4. Defendant Sean L. McGuire is an attorney, Bar No. 213502, who was appointed as counsel through the Circuit Court of the State of Oregon, for the County of Multnomah for Plaintiff Radford, prior to 05/19/2026. Henceforth Defendant McGuire.

5. Defendant McGuire visited Plaintiff Radford at Inverness Jail very close to 05/21/2026. During conversation Plaintiff Radford asked Defendant McGuire if Plaintiff Radford was entitled to see the "hallway" video which is a crucial piece of evidence in the current criminal case against Radford (Plaintiff Radford). Defendant McGuire became upset, perturbed at the question and asked Plaintiff Radford if he (Defendant McGuire) should schedule a Motion for Substitute Counsel hearing. After further contentious discussion Defendant McGuire, without any prompting from Plaintiff Radford, asked Plaintiff Radford if he would like a Motion for Substitute Counsel hearing scheduled, Plaintiff Radford agreed.

5.1 Plaintiff Randy Reginald Radford's swis ID is 104607.

See back

6. The time period between Defendant McGuire's first meeting with Plaintiff Radford, 05/21/2026 to ▓ 06/05/2026, a very close approximation, and also complete falsehood told to Circuit Court Judge Michael A. Greenlick in the Motion for Substitute Counsel hearing, have been compiled into a list of requests that Defendant McGuire refused to do, or should have done in that period but did not do; they were submitted in the hearing.

7. In the Motion for Substitute Counsel hearing 06/05/2026 in the Circuit Court of the State of Oregon, for the County of Multnomah before Circuit Court Judge Michael A. Greenlick, Plaintiff Radford enumerated to the court:

• Defendant McGuire refused to provide Plaintiff Radford with a copy of the Motion of Discovery itself filed by previous counsel same case.

• Defendant McGuire did not show Plaintiff Radford the more than germane "hallway" video.

• Defendant McGuire refused to schedule a bail reduction/release hearing

• Defendant McGuire lied about not knowing Plaintiff Radford wanted a copy of the, filed by previous counsel, Motion of Discovery. And Plaintiff Radford told this to the court.

• Defendant McGuire refused to provide Plaintiff Radford's criminal history printout. Defendant McGuire is relying on his professional adversary's word or promise. ~~Plaintiff Radford has looked at his~~

• Defendant McGuire has mocked Plaintiff Radford's inability to post bail, through demeaning language.

• Defendant McGuire has stated that Plaintiff Radford is "cooked" in regards to prevailing at trial.

8. Circuit Court Judge Michael A. Greenlick denied Plaintiff Radford's Motion for Substitute Counsel.

Attachment II

9. This has left Plaintiff Radford in jail facing charges effectively without counsel, bereft of rights, experiencing loss of enjoyment of life, undue emotional distress, physical ailments, and currently awaiting trial defenseless. * Trial Date is 08/18/2026 * * *

II
Claim
II

10. Since the ~~hearing~~ Motion for Substitute Counsel hearing on 06/05/2026, Defendant McGuire has:

· Refused to file an appeal of the denial of Motion for Substitute Counsel.
· Refused to provide Plaintiff Radford with a copy of ~~his~~ the criminal history ~~and that~~ of the alleged victim in the case.
· ~~Refused to schedule a bail reduction/release hearing.~~
· Has not furnished Plaintiff Radford with the medical records of the alleged victim's hospital visit which are paramount to the case.
· Refused to schedule an omnibus (evidentiary) hearing so that evidence may be fully quantified in order to ascertain what challenges may be made to charges or the charging instrument, etc.
· Not answered the question, or provided the potential case files to, whether or not the alleged victim has testified in court, and if so was ~~perjory~~ perjury a result. In fact Plaintiff Radford has asked for all and full case files ; criminal and otherwise, related to the alleged victim in his criminal case. Defendant McGuire has not supplied an answer or material.
· ~~Defend~~ Denied Plaintiff Radford a copy of the Grand Jury transcript used to indictment Plaintiff Radford.


see back

- Not furnished ~~in~~ case law, ~~court~~ controlling or otherwise, that shows how a court would handle <u>contested evidence</u> that could raise an offense from tresspass to burglary. This is central and of a great magnitude to my case.
- Refused to provide me with the register (of actions) for my case kept by trial court administrator and, or, clerk of the court listing motions, court dates, etc.
- Not filed a challenge to the video of a video which shows alleged criminal activity, but should be an original copy per state statute.
- Defendant McGuire threatened me with a mental health evaluation for no good reason.

11. These actions and inactions are in addition to the reasons for Motion for Substitute Counsel expressed to Circuit Court Judge Michael A. Greenlick. 11.1 Defendant McGuire has not filed a new Motion of Discovery, or I do not have a copy

12. As a result, Plaintiff Radford is in jail, effectively without counsel, bereft of rights, experiencing loss of enjoyment of life, undue emotional distress, physical ailment and awaiting a trial date of 08/18/2026 defenseless.

## Claim III

13. At some point the alleged victim in the criminal case for which Plaintiff Radford is charged, had a warrant for her arrest according to Defendant McGuire offered some time in mid June approximately. Plaintiff Radford believes that Defendant McGuire should have scheduled an Omnibus (Evidentiary) hearing requiring all trial evidence be present for examination, cross-examination, quantification, etc. If the alleged victim didn't appear to verify, and, or, quantify her statements, as well as the meaning to the "hallway" video, then the appropriate challenges could be made to the charges and, or, indictment potentially resulting in Plaintiff Radford's release from custody.

Attachment III

14. As a result, Plaintiff Radford is in jail, effectively without counsel, bereft of rights, experiencing loss of enjoyment of life, undue emotional distress, physical ailment, and awaiting a trial date of 08/18/2026 defenseless.

15. Plaintiff Radford has written the Presiding Judge of the Circuit Court of the State of Oregon, for the County of Multnomah and set forth, in letter some, reasons for wanting new counsel, as well as asking the for the correct way to appeal the denial of Motion for Substitute Counsel. Defendant McGuire told Plaintiff Radford that the letter had been placed in the file, no response from the judge.

## Relief

A. An order halting the criminal proceedings in which Plaintiff Radford is charged, the order stopping the trial, until there is a ruling on this case.

B. An order to release Plaintiff Radford, to the Circuit Court of the State of Oregon, for the County of Multnomah, from custody pending resolution of this civil suit.

C. Jury Trial for this civil suit.

D. Declaration that the acts, and/or omissions described herein violated Plaintiff Radford's rights

E. A declaration or order that the violations of rights were so egregious that dismissal of all charges is warranted and the accompanying order to do so.

F. Plaintiff Radford seeks compensatory damages in the amount of $100,000 against Defendant McGuire and Defendant Michael A. Greenlick each, jointly and severally. Plaintiff Radford seeks compensatory damages in the amount of $200,000 against the County of Multnomah, jointly and severally.

G. Plaintiff Radford seeks Punitive Damages in the amount of $
$200,000 against Defendants McGuire and Michael A. Greenlick, each,
jointly and severally. Plaintiff Radfold seeks Punitive damages against
the County of Multnomah in the amount of $400,000 jointly and severally.

H. Plaintiff Radford also seeks recovery his costs

I. And any (Plaintiff Radford seeks) additional relief this court deems just, proper
and equitable – with the consent of the Plaintiff.

~~J. An order unsealing the protective order~~

JS 44  (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Radford, Randy, R, Swis ID, 104601

**DEFENDANTS** McGuire, Sean, L, attorney, Bar No. 213502, Circuit Court Multnomah County, OR, Circuit Court Judge Greenlick, Michael, A., Multnomah County, Oregon,

**(b)** County of Residence of First Listed Plaintiff    Multnomah
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*    McGuire Defense
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

(Pro'se at the moment)

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**INTELLECTUAL PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark<br>☐ 880 Defend Trade Secrets Act of 2016 | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit (15 USC 1681 or 1692)<br>☐ 485 Telephone Consumer Protection Act<br>☐ 490 Cable/Sat TV |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **SOCIAL SECURITY** | |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☒ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act<br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | ☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |

**V. ORIGIN** *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
United States Constitution Amendments 14, 8, 6

Brief description of cause:
Violation of equitable treatment, trial rights, inflicted cruel punishment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 1,200,000

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ Yes    ☐ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE  7·27·26

SIGNATURE OF ATTORNEY OF RECORD    RR

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

RADFORD, RANDY 104607
MULTNOMAH COUNTY JAIL
11540 NE INVERNESS DR.
PORTLAND, OR 97220

3,43

U.S. DISTRICT COURT
DISTRICT OF OREGON
OFFICE OF THE CLERK
MARK O. HATFIELD US COURTHOUSE
1000 SW 3RD AVE #740
PORTLAND, OREGON 97204-2902



FIRST-CLASS

US POSTAGE from PITNEY BOWES

ZIP 97230
02 7H
0006121596   $ 003.43⁰
AUG 10 2026